LODGED                                                                    FILED

2009 AUG -5  AM 11: 15         **UNITED STATES DISTRICT COURT**           2009 AUG 10  AM 11: 21
                              **CENTRAL DISTRICT OF CALIFORNIA**

CLERK U.S. DIST. OF CALIF.
LOS ANGELES

| In Re | | DISTRICT COURT CASE NUMBER |
| --- | --- | --- |
| 450 S. Burlington Partners, LLC | | CV09-5714 PSG    NL |
| BY____ | DEBTOR(S) | BANKRUPTCY COURT CASE NUMBER |
| | | LA09-15319 SB |
| | | ADVERSARY CASE NUMBER |
| | | N/A |
| Joseph Kurn | | |
| | PLAINTIFF(S) | **ORDER REFERRING BANKRUPTCY MATTER** |
| v. | | **TO U.S. DISTRICT COURT** |
| 450 S. Burlington Partners, LLC | | |
| | DEFENDANT(S). | |

Pursuant to Section 14.1 of General Order 08-05, the ☐ Motion to Withdraw Reference, or ☐ Application for Leave to Appeal an Interlocutory Order from the Bankruptcy Court to the District Court for the above-entitled matter has been randomly assigned to Judge **Phillip S. Gutierrez** _____ for determination.

---

After considering the above, IT IS HEREBY ORDERED that the :
  ☐ Motion for Leave to Appeal is DENIED.
  ☒ Motion to Withdraw Reference is DENIED and referred back to the Bankruptcy Court.
The District Court case number is hereby closed and all subsequent documents should be filed in the Bankruptcy Court under the Bankruptcy No. and Adversary No. (_____ ENT JS-6)

8/6/09
Date                                                  United States District Court Judge

*cc: Data Collections & Analysis*

---

After considering the above, IT IS HEREBY ORDERED that the
  ☐ Motion for Leave to Appeal is GRANTED
  ☐ Motion to Withdraw Reference is GRANTED.


Date                                                  United States District Court Judge

---

**Notice to Counsel from the Clerk**
Pursuant to the above order granting the motion, this matter has been assigned to District Court Judge _____ for:
  ☐ determination of appeal. The Clerk shall issue forthwith the Notice Regarding Appeal .
  ☐ all further proceedings. All subsequent documents addressing the above issue must be filed in the **District Court** in duplicate and the caption **must** include the following information: District Court Case No., Bankruptcy Court Case No. and Adversary No. (Please refer to above.)

To expedite the transfer of this matter from the Bankruptcy Court to the District Court, please submit a written designation specifying which documents are required to be transferred to the District Court. The written designation should be submitted to the **Bankruptcy Court** within three (3) days and should be directed to the Supervisor, Intake Division, Federal Building, 300 No. Los Angeles Street, 1st Floor, Los Angeles, CA 90012.

*cc: Bankruptcy Judge_____*
  *Supervisor, Intake Division, Bankruptcy Court, & All Interested Parties*

CV-70 (03/09)              **ORDER REFERRING BANKRUPTCY MATTER TO U.S. DISTRICT COURT**