# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING          JS-6

Case No. _____          Date _____

Title: _____

Present: The Honorable _____


_____          _____          _____
          Deputy Clerk                              Court Reporter / Recorder              Tape No.


Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:


==============================================================================

Proceedings:     ☐ In Court          ☐ In Chambers          ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☐  Other _____

☐  Entered _____.


                                        Initials of Preparer _____


_____