# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S) | CASE NUMBER |
| v. | |
| DEFENDANT(S). | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 08-02 and/or the Court's Case Management Order as indicated:

_____ / _____ / _____
*Date Filed*            *Doc. No.*      *Title of Document*

_____ / _____ / _____
*Date Filed*            *Doc. No.*      *Title of Document*

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Other

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 08-02 and applicable forms.

Dated: _____     By: **PHILIP S. GUTIERREZ**
                                         U.S. District Judge / ~~U.S. Magistrate Judge~~

*cc: Assigned District ~~and/or Magistrate Judge~~*

G-106 (02/08)                    **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT**